JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ROBERT V. JUSTICE,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>        DefendanT. | Case No. CV 13-8503 FMO (JCGx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 20th day of February, 2014.

/s/<br>
Fernando M. Olguin<br>
United States District Judge